No. 868. CITY OF OWOSSO, PETITIONER, v. WARREN BROTHERS COMPANY. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Henry N. Paul, Jr.*, and *Mr. Joseph C. Fraley* for petitioner. *Mr. W. K. Richardson* and *Mr. James M. Head* for respondent.

---

No. 872. THE NEW YORK PRODUCE EXCHANGE BANK, PETITIONER, v. ROBERT PATERSON HOUSTON ET AL., ETC. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. James E. Kelly* for petitioner. *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for respondents.

---

No. 875. THE UNITED STATES, PETITIONER, v. RUSCH & COMPANY; No. 876. THE UNITED STATES, PETITIONER, v. TITUS BLATTER & COMPANY; and No. 877. THE UNITED STATES, PETITIONER, v. W. B. QUAINTANCE. May 24, 1909. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *The Attorney General* and *The Solicitor General* for petitioner. *Mr. Albert H. Washburn* for respondents.

---

No. 879. THE TWEEDIE TRADING COMPANY, PETITIONER, v. WILLIAM S. WALSH ET AL.; and No. 880. THE TWEEDIE TRADING COMPANY, PETITIONER, v. THE STEAMSHIP HERM, ETC. May 24, 1909. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. George Hiram Mann* for petitioner. *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for respondents.